UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ANTHONY CLARK, ) ) ) | |
| Plaintiff-Relator, ) ) | |
| v. ) ) | No. 15-cv-01794 (CKK) |
| VARIQ CORPORATION, *et al.*, ) ) | |
| Defendants. ) ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff Anthony Clark, as Plaintiff-Relator and on behalf of himself, through his undersigned counsel of record, hereby submits this Notice of Voluntary Dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a). This notice of voluntary dismissal is also without prejudice as to the United States, which declined to intervene in this action.

This notice is filed by the Plaintiff-Relator before the service of the Complaint upon any of the Defendants.

Prior to filing this notice, Plaintiff-Relator contacted the attorneys for the United States and determined that the government shall file its own statement with respect to this notice of voluntary dismissal of the *qui tam* False Claims Act claims pursuant to 31 U.S.C. § 3730.

A proposed order is also submitted herewith.

        Respectfully submitted,

        */s/ Geoffrey H. Simpson*
        Geoffrey H. Simpson #988437
        Bruce A. Fredrickson #933044
        Webster & Fredrickson, PLLC
        1775 K Street, NW, Suite 600
        Washington, DC 20006
        Phone: (202) 659-8510
        Fax:    (202) 659-4082
        Email:  gsimpson@websterfredrickson.com

- and –

        */s/ David K. Colapinto*
        David K. Colapinto #416390
        Kohn, Kohn & Colapinto, LLP
        1710 N Street, N.W.
        Washington, D.C.  20036
        Phone:  (202) 342-6980
        Fax:    (202) 342-6984
        Email:  dc@kkc.com

        Attorneys for Mr. Clark

November 27, 2019

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal and proposed Order was served via the Court's ECF system on this 27th day of November, 2019, upon on all counsel of record:

John C. Truong
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Email:  john.truong@usdoj.gov

Heather D. Graham-Oliver
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Email:  heather.graham-oliver@usdoj.gov


By: */s/ Geoffrey Simpson*
      Geoffrey Simpson